# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **EVAN PETROS, Individually,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Case No. 2:17-cv-14200-VAR-EAS |
| : | |
| **ANANTA HOSPITALITY CORP.** : | |
| A Domestic Corporation : | |
| : | |
| **Defendant.** : | |
| _____ : | |

| | |
|---|---|
| /s/ Pete M. Monismith | /s/ Marc E. Thomas |
| PETE M. MONISMITH (P78186) | Marc E. Thomas |
| PETE M. MONISMITH, PC | Bendure & Thomas |
| 3945 Forbes Avenue, | 33 Bloomfield Hills Pkwy, Suite 220 |
| Suite #175 | Bloomfield Hills, MI 48304-2909 |
| Pittsburgh, Pennsylvania 15213 | Voice: (248) 646-5255 |
| Telephone: (724) 610-1881 | Fax: (248) 646-1684 |
| Facsimile (412) 258-1309 | Cell: (248) 766-6257 |
| Pete@monismithlaw.com | Email: marc@bendurethomaslaw.com |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |

## STIPULATED ORDER OF DISMISSAL

Upon stipulation of the parties;

**IT IS ORDERED** that this case is **DISMISSED WITH PREJUDICE** and without costs or attorney fees to any party.

S/ Victoria A. Roberts
Honorable Victoria A. Roberts

Dated: 4/5/18

The parties, through their counsel, hereby stipulate to the entry of the above Stipulated Order to Dismiss the Complaint.

| | |
|---|---|
| /s/ Pete M. Monismith | /s/ Marc E. Thomas |
| PETE M. MONISMITH (P78186) | Marc E. Thomas |
| PETE M. MONISMITH, PC | Bendure & Thomas |
| 3945 Forbes Avenue, | 33 Bloomfield Hills Pkwy, Suite 220 |
| Suite #175 | Bloomfield Hills, MI 48304-2909 |
| Pittsburgh, Pennsylvania  15213 | Voice:  (248) 646-5255 |
| Telephone:  (724) 610-1881 | Fax:  (248) 646-1684 |
| Facsimile (412) 258-1309 | Cell:  (248) 766-6257 |
| Pete@monismithlaw.com | Email: marc@bendurethomaslaw.com |
| ***Attorneys for Plaintiff*** | ***Attorney for Defendant*** |

Dated: April 5, 2018